**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   David A Jerri | Chapter: 13 |
| | Bankruptcy No.: 20-11263-amc |
| Debtor | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

                                       Movant

                    vs.

David A Jerri

                                       Debtor

                    and

William C. Miller, Esq.

                                  RESPONDENTS

**PRAECIPE TO WITHDRAW OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST , TO CONFIRMATION OF DEBTOR`S PROPOSED CHAPTER 13 PLAN**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA**

       Kindly withdraw the Objection to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust , to Confirmation of Debtor`s Proposed Chapter 13 Plan in the above captioned matter.

                                      Respectfully submitted,

                                       /s/ Chandra M. Arkema
                                      Richard M. Squire, Esq.
                                      M. Troy Freedman, Esq.
                                      Chandra M. Arkema, Esq.
                                      One Jenkintown Station, Suite 104
                                      115 West Avenue
                                      Jenkintown, PA 19046
                                      215-886-8790
                                      215-886-8791 (FAX)
                                      rsquire@squirelaw.com
                                      tfreedman@squirelaw.com
                                      carkema@squirelaw.com
                                      Attorney for Movant

Dated: May 21, 2020

01376-5/JHB