**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   David A Jerri<br><br>                              Debtor | Chapter: 13<br><br>Bankruptcy No.: 20-11263-amc<br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

                Movant

          vs.

David A Jerri

                Debtor

          and

William C. Miller, Esq.

                Trustee
             RESPONDENTS

**CERTIFICATION OF DEFAULT**

   I, Michael Clark, Esquire, Attorney for Movant, hereby certify that Debtor has defaulted upon the terms of the Stipulation in Settlement of Movant's Motion for Relief from the Automatic Stay approved by the United States Bankruptcy Court on January 20, 2021.  It is further certified that the attached Notice of Default dated May 31, 2021, was served upon the Debtor and Debtor'(s) counsel in the manner specified under Paragraph 5 of the Stipulation on said date.  Subsequently, Debtor failed to cure the default.  Accordingly, Movant respectfully requests that this Honorable Court enter the attached Order granting Movant's relief from the automatic stay.

                Respectfully submitted,

                 /s/ Michael Clark
                Richard M. Squire, Esq.
                M. Troy Freedman, Esq.
                Michael J. Clark, Esq.
                One Jenkintown Station, Suite 104
                115 West Avenue
                Jenkintown, PA 19046
                215-886-8790
                215-886-8791 (FAX)
                rsquire@squirelaw.com
                tfreedman@squirelaw.com
                mclark@squirelaw.com

Dated: June 16, 2021

01376-7/AF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   David A Jerri<br><br>             Debtor | Chapter: 13<br><br>Bankruptcy No.: 20-11263-amc<br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

                                        Movant

                    vs.

David A Jerri

                                        Debtor

                    and

William C. Miller, Esq.

                                        Trustee

                            RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

AND NOW, this _____ day of _____, 2021, upon consideration of Movant's Motion for Relief from the Automatic Stay; it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under § 362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. § 362, as amended, is vacated with respect to the mortgaged premises situated at 400 LOUISE AVENUE, CROYDON, PA 19021, ("Property") as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001 (a)(3).

                                        BY THE COURT:

                                        _____
                                        Honorable Judge Ashely M. Chan
                                        United States Bankruptcy Judge

cc:

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Michael Clark


01376-7/AF

Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

David A Jerri
4000 Louise Avenue
Croydon, PA 19021

01376-7/AF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   David A Jerri<br><br>                              Debtor | Chapter: 13<br><br>Bankruptcy No.: 20-11263-amc<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

                              Movant

                    vs.

David A Jerri

                              Debtor

                    and

William C. Miller, Esq.

                              Trustee

                    RESPONDENTS

## CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certification of Default electronically and/or via First Class Mail, postage prepaid.

Date Served: June 16, 2021

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

David A Jerri
4000 Louise Avenue
Croydon, PA 19021

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

01376-7/AF

I hereby certify the foregoing to be true and correct under penalty of perjury.

                                            Respectfully submitted,

                                            /s/ Michael Clark
                                            Richard M. Squire, Esq.
                                            M. Troy Freedman, Esq.
                                            Michael J. Clark, Esq.
                                            One Jenkintown Station, Suite 104
                                            115 West Avenue
                                            Jenkintown, PA 19046
                                            215-886-8790
                                            215-886-8791 (FAX)
                                            rsquire@squirelaw.com
                                            tfreedman@squirelaw.com
                                            mclark@squirelaw.com

01376-7/AF