# RICHARD M. SQUIRE & ASSOCIATES, LLC

*ATTORNEYS AT LAW*

www.squirelaw.com

| | | | |
|---|---|---|---|
| Richard M. Squire *<br>M. Troy Freedman<br>Michael J. Clark ^<br>* Also admitted in MD<br>^ Also admitted in NJ | One Jenkintown Station<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046<br>Tel.: (215) 886-8790 Fax: (215) 886-8791 | 1415 Route 70 East<br>Suite 600<br>Cherry Hill, NJ 08034<br>(609) 246-2418 | Please reply to:<br>[X] Jenkintown<br>[ ] Cherry Hill |

May 25, 2021

<u>VIA REGULAR MAIL AND TELECOPY TO: 215-545-0611</u>
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

<u>VIA REGULAR MAIL AND CERTIFIED MAIL RETURN RECEIPT REQUESTED</u>
David A Jerri
4000 Louise Avenue
Croydon, PA 19021

  **RE:** **NOTICE OF DEFAULT**
    Debtor(s): David A Jerri
    Our Client: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
    Property: 400 LOUISE AVENUE, CROYDON, PA 19021
    Bankruptcy Case #: 20-11263-amc

Dear Sir/Madam:

  As you may recall, this office represents Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to the above-referenced bankruptcy proceeding.

  It has been called to my attention that the Debtor has failed to make certain payments as due under the parties Stipulation, which was approved by the U.S. Bankruptcy Court on January 20, 2021. In particular, the Debtor has failed to make the April 1, 2021 to May 1, 2021 regular monthly mortgage payments of $1,670.05 each. A suspense amount of ($1,645.90). A Notice of Default fee in the amount of $75.00. All of these amounts total $1,769.20. Also, the Debtor has failed to file an amended plan as agreed.

  It is hereby requested that the Debtor immediately forward the sum of $1,769.20 to our client.

  If the Debtor fail(s) to cure the aforesaid default within ten (10) days from the date of this letter,

01376-7/AF

we will have no alternative but to certify default to the Court and request the entry of an Order granting relief from the automatic stay.

    Thank you for your attention to this matter.

                Very truly yours,

                Richard M. Squire, Esq.
                M. Troy Freedman, Esq.
                Michael J. Clark, Esq.
                One Jenkintown Station, Suite 104
                115 West Avenue
                Jenkintown, PA 19046
                215-886-8790
                215-886-8791 (FAX)
                rsquire@squirelaw.com
                tfreedman@squirelaw.com
                mclark@squirelaw.com

01376-7/AF