UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| David A. Jerri, Sr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 20-11263-amc |

## **ORDER**

AND NOW, this _____ day of _____ 2021, upon consideration of the Motion to Reconsider the July 7, 2021 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the stay will be reinstated and the Order dated July 7, 2021 shall be vacated.

FURTHER ORDERED:

                                                                                         _____
                                                                                         Ashely M. Chan
                                                                                         U.S. Bankruptcy Judge