UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| David A. Jerri, Sr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 20-11263-amc |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion To Reconsider the September 9, 2019 Order Modifying the Automatic Stay was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Wilmington Savings Fund Society, FSB,**
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Houston TX 77042

**Michael John Clark, Esq.**
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19406

**William C. Miller, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Respectfully submitted,

Dated: July 26, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107