**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>David A Jerri, Sr.,<br>　　　Debtor.<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　Movant.<br>v.<br>David A Jerri, Sr.  and<br>KENNETH E. WEST, Trustee.<br>　　　Respondents. | Bankruptcy No. 20-11263-amc<br><br>Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this         day of         , 2022, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust; and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 400 Louise Avenue, Croydon , PA 19021, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

Dated: July 13, 2022